[No. 59417-6-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. I.K.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04120-0, John P. Erlick, J., entered January 11, 2007. *Remanded* by unpublished per curiam opinion.

[No. 59441-9-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHIA CHAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05344-0, George T. Mattson, J., entered December 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59480-0-I. Division One. January 22, 2008.]

THE ESTATE OF ROSALIE ANN DEVEREAUX, *Respondent*, v. RALPH CUTTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-08731-1, James H. Allendoerfer, J., entered December 7, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59543-1-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NATALIE R. SLATTERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02056-6, Larry E. McKeeman, J., entered February 1, 2007. *Affirmed* by unpublished per curiam opinion.